**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 7 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

In the United States District Court
Western District Of Arkansas
Division

2023 SEP 27  A 9 29

James Adam Wright  TAMMY H DOWNS

_____

*(In the space above enter your full name and Prison ID*
*Number, if any. **Do not include your Social Security Number**).*

-against-

Sgt. Coxbill, Gean Sieger, Sherriff
Leroy Martin, Jerry Manor, And all
Columbia County Jail officials as well
As Columbia County Jail

_____

*(In the space above enter the full name of each Defendant)*

4:23-cv-00896-BRW-PSH

**Case**
No. _____
(To be filled out by Clerk's
Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

**I.    PLAINTIFF INFORMATION**

James Adam Wright                                    None
Name (First, Middle, Last)                           Aliases

~~Columbia County Jail~~  142769
Prisoner ID #, if any

~~Columbia County Jail~~  East Arkansas Regional Unit
Place of Detention or Incarceration

This case assigned to District Judge <u>Wilson</u>
and to Magistrate Judge <u>Harris</u>          Page 1 of 11

P.O Box 970

~~P.O Box 576~~   ~~(Columbia County Jail)~~
_____
Address (*If detained, facility address*)

Marianna                    Arkansas              72360

~~Columbia County, Magnolia~~   ~~Arkansas~~   ~~71754~~
_____
County, City            State            Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

[✓] Pretrial detainee

[✓] Convicted and serving a sentence. Provide Date of Conviction ____2008____.

[ ] Other. Explain: _____

---

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1: ___Coabill_____
Name (Last, First)

___Seargent_____
Current Job Title

___P.O. Box 576   (Columbia County Jail)_____
Current Work Address

Columbia County, Magnolia      Arkansas      71754
County, City            State            Zip Code

Defendant 2: _Gean Sieger_

Name (Last, First)

_Jail Administrator_

Current Job Title

_P.O Box 576   (Columbia Canty Jail)_

Current Work Address

_Columbia Canty, Magnolia   Arkansas   71754_

County, City          State          Zip Code


Defendant 3: _Leroy Martin_

Name (Last, First)

_Sherriff_

Current Job Title

_P.O. Box 576   (Columbia Canty Jail)_

Current Work Address

_Columbia Canty, Magnolia   Arkansas   71754_

County, City          State          Zip Code


Defendant 4: _Jerry Manor_

Name (Last, First)

_Deputy Sherriff_

Current Job Title

_P.O Box 576   (Columbia Canty Jail)_

Current Work Address

_Columbia Canty, Magnolia   Arkansas   71754_

County, City          State          Zip Code

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

### Claim Number 1:

Place(s) of occurrence: _Columbia County Jail_

Date(s) of occurrence: _8/26/23_

Name of Each Defendant Involved:

_Sgt. Cogbill, Jerry Manor, Leroy Martin, Gean Sieger_

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_Breach of Security, Conditions of Confinement, Neglect_

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> **What happened to you?**

_On 8/26/23 I, along with my POD 2 (Andre Walker, Jerry Gentry, Rayon Ward, D. Wafer, and Terrance Smith) were coming back from yard call when Pod 5 which is a Segregated POD all came out their cells then out the front Pod door and began to attack us with knives and metal Bars. I was the 1st to be assaulted an inmate hit me in back of_

| Who did what? |
|---|

| How were you injured? |
|---|

my head with a Unknown metal Object while another one assaulted me with hands and other things causing my head to be Severely Busted. I began to later get Dizzy and ultimately had to go to the Hospital and received Xrays, CT Scans, and Staples in my Head. POD S is only supposed to have 1 inmate out at a time but All officials have been aware of their Capability to come out their cells for Months and the door because on 8/25/23 inmate came out and ran the hallway without any thing being done plus I was Dosted with Urine on 8/14/23 to which nothing was done either.

With regard to claim 1. are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

All Officers including the ones named specifically have been aware of Breach of Security in Columbia County Jail and each refused to do anything about it which is Neglect, a common occurance

**Claim Number 2:**

Place(s) of occurrence:    Columbia County Jail

Date(s) of occurrence: _____ 8/14/23 _____

Name of Each Defendant Involved:

Gean Jieger, Sherriff Leroy Martin , Jerry Manor

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Breach of Security , Neglect

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| | |
|---|---|
| **What happened to you?** | On 8/14/23 an inmate came at his cell in Pod S and threw Urine in my face. It entered my Mouth and eyes. This inmate was supposed to be locked down and the front trap door |
| **Who did what?** | Secure yet was able to assault me due to Neglect because all Jail Administration are aware of this breach of security but |
| **How were you injured?** | Neglect to do anything to fix it nor did they "after" the incident. |

_____

_____

_____

_____

_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑    Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

All these officers were aware of the Breach of Security in PODS but Neglected to do anything to fix it before or After the incident.

**Claim Number 3:**

Place(s) of
occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved: _____

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

_____

| What happened to you? |

_____

_____

_____

| Who did what? |

_____

_____

_____

_____

_____

| How were you injured? |

_____

_____

_____

_____

_____

_____

_____

With regard to claim 3, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

I have suffered extreme physical Damage and having Migraines that wont go away and Nose Bleeds. Im asking for 20,000,000 to compensate for what may be a life Altering injury to the head. Also what has been happening due to the Neglect in Columbia County Jail is wrong so Sanctions should be Set so that these Officers can no longer neglect problems in the Jail

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?                                                                   ☑ Yes      ☐ No

      If yes, how many?   <u>3 that I can recall while in Prison</u>

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?                                        ☐ Yes      ☑ No

      If yes, how many?   _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

<u>I can't recall without my paperwork but</u>
<u>WRIGHT vs Smith I won 1$ I believe.</u>
<u>And the Others I lost or voluntarily asked</u>
<u>to be Dismissed. But I haven't had the 3</u>
<u>strike Rule against me yet.</u>

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/19/23
Dated

Plaintiff's Signature

James A. Wright JR.
Printed Name (First, MI, Last)

142769
Prison Identification #, if any.

P.o Box 970                  Marianna                        Ark                73360
Prison Address               City                            State        Zip Code

James Wright #742769
P.O. Box 970
East Arkansas Regional Unit
Marianna, Ark 72260

NEOPOST
09/25/2023
US POSTAGE $0

MEMPHIS P&DC 381
MON 25 SEP 2023 AM
04

United States District Cour
clerks office
600 W. Capitol Ave. Suite
Little Rock, Ark 72201