IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES ADAM WRIGHT, JR.                                                                PLAINTIFF

v.                                       Civil No.  1:23-cv-01092

SERGEANT ANITA COGVILL; JAIL                                                         DEFENDANTS
ADMINISTRATOR GEAN SIEGER;
SHERIFF LEROY MARTIN; DEPUTY
SHERIFF JERRY MANESS; and JOHN OR
JANE DOE

**ORDER**

    Plaintiff has filed a Motion (ECF No. 54) requesting the Court subpoena his medical records from the Arkansas Division of Corrections.  The Motion (ECF No. 54) is **GRANTED**.

Accordingly, **the Clerk is directed to issue a subpoena to the Medical Records Custodian of the Arkansas Division of Corrections** in care of Thomas Burns, General Counsel, Arkansas Department of Corrections, Division of Correction, Legal Division, 6814 Princeton Pike, Pine Bluff, AR 71602.  The subpoena should require the production of the following:

    all records, whether print or electronic, regarding the care, treatment, and diagnosis of James Adam Wright, Jr., inmate #142769 from September 2023 to March 2024.

    The subpoena should be served by certified mail, return receipt requested.  The records shall be produced by **April 29, 2024.**  The records may be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 35 E. Mountain, Room 510, Fayetteville, AR 72701 or may be filed electronically at FAY_info@arwd.uscourts.gov.

    IT IS SO ORDERED this 9th day of April 2024.

                                        /s/ *Christy Comstock*
                                        HON. CHRISTY COMSTOCK
                                        UNITED STATES MAGISTRATE JUDGE