IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JAMES ADAM WRIGHT, JR.                                                    PLAINTIFF


v.                                    Civil No. 1:23-CV-01092-CDC


SERGEANT ANITA COGVILL;
JAIL ADMINISTRATOR GEAN SIEGER;
SHERIFF LEROY MARTIN;
DEPUTY SHERIFF JERRY MANESS; and
JOHN OR JANE DOE                                                          DEFENDANTS


## JUDGMENT

For the reasons set forth in a Memorandum Opinion filed concurrently herewith,

Defendants' Motion for Summary Judgment (ECF No. 59) is **GRANTED, and Plaintiff's case is**

**DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED this 1st day of October 2024.**


*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE